UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO M. LEACH,      )<br>         Petitioner,       )<br>                                 )<br>     v.                            )<br>                                 )<br>                                 )<br>U.S. PAROLE COMMISSION, *et al.*,  )<br>                                 )<br>         Respondents.         )<br>_____) | Civil Action No. 07-1399 (EGS) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that petitioner's motion for recusal [Dkt. No. 2] is DENIED; it is

FURTHER ORDERED that the petition for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case DISMISSED.  This is a final appealable Order.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: November 29, 2007